```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                   EASTERN DIVISION-RIVERSIDE

 4                              - - -

 5       HONORABLE VIRGINIA A. PHILLIPS, JUDGE PRESIDING

 6                              - - -

 7  UNITED STATES OF AMERICA,        )
                                     )
 8                   Plaintiff,      )
                                     )
 9            vs.                    )   No. EDCR 09-43 VAP
                                     )
10  PETER HUGH POCKLINGTON,          )
                                     )
11                   Defendant.      )
    _____)
12

13
                 REPORTER'S TRANSCRIPT OF PROCEEDINGS
14
                        Riverside, California
15
                        Friday, March 1, 2013
16
                             10:54 a.m.
17

18

19

20

21

22              PHYLLIS A. PRESTON, CSR 8701
               Federal Official Court Reporter
23              United States District Court
                    3470 Twelfth Street
24             Riverside, California 92501
                     (951) 205-7959
25                  stenojag@aol.com
```

```
 1   APPEARANCES:

 2

 3   For the Plaintiff:

 4                         OFFICE OF THE UNITED STATES ATTORNEY
                           By:  ANTOINE RAPHAEL
 5                         Assistant United States Attorney
                           3880 Lemon Street, Suite 210
 6                         Riverside, California 92501

 7

 8

 9   For the Defendant:

10                         BLUMENTHAL LAW OFFICES
                           BY:  BRENT ROMNEY
11                         3993 Market Street
                           Riverside, California  92501
12
```

|    |                                                                                    |       |
|----|------------------------------------------------------------------------------------|-------|
| 1  | FRIDAY, MARCH 1, 2013; RIVERSIDE, CALIFORNIA                                       |       |
| 2  | -o0o-                                                                              |       |
| 3  | THE CLERK:  Item No. 4, EDCR 09-043 VAP, United                                    |       |
| 4  | States of America v. Peter Hugh Pocklington.                                       |       |
| 5  | Counsel, please state your appearance.                                             | 10:54 |
| 6  | MR. RAPHAEL:  Good morning, Your Honor.  Tony Raphael                              |       |
| 7  | on behalf of the United States.  With me at counsel table is                       |       |
| 8  | U.S. Probation Officer Ashley Ross.                                                |       |
| 9  | MS. ROSS:  Good morning, Your Honor.                                               |       |
| 10 | THE COURT:  Good morning.                                                          | 10:54 |
| 11 | MR. ROMNEY:  Good morning, Your Honor.  Brent Romney                               |       |
| 12 | of Blumenthal Law Offices here in Riverside.  To my right is                       |       |
| 13 | Peter Pocklington.                                                                 |       |
| 14 | THE COURT:  Thank you.  Good morning.                                              |       |
| 15 | MR. ROMNEY:  Thank you, Your Honor.                                                | 10:55 |
| 16 | THE COURT:  This matter is on the Court's calendar on                              |       |
| 17 | the petition from the United States Probation Office alleging                      |       |
| 18 | violations of the terms and conditions of probation.                               |       |
| 19 | How do the parties want to proceed?                                                |       |
| 20 | MR. RAPHAEL:  Your Honor, I spoke with Mr. Romney                                  | 10:55 |
| 21 | before the hearing and what we would like to propose to the                        |       |
| 22 | Court, Your Honor, is to continue this matter by some time for                     |       |
| 23 | the following reasons:  The allegations in the probation                           |       |
| 24 | officer's petition deal with the nondisclosure or concealment                      |       |
| 25 | of financial information from the probation officer.  I                            | 10:55 |

1   provided Mr. Romney last week with approximately 2500 pages of
2   financial documents that the Government had received.
3   Mr. Romney represented to me today that he would like,
4   essentially, to meet with the Government and the probation
5   officer to go over the allegations, to provide additional                10:55
6   information from the defense's side as to why perhaps those
7   reports that were provided to the probation officer were
8   correct.
9              Mr. Romney also informed me that with regard to the
10  January 2013 report that was provided to the probation officer           10:56
11  that was, essentially, prepared by attorneys for
12  Mr. Pocklington and that those attorneys would also be made --
13  business attorneys would be made available to the Government to
14  talk to them.
15             Additionally, Your Honor, I understand Mr. Romney has         10:56
16  a trial.  I also have some additional matters this month.  And
17  also we found out today that the Arizona Corporations
18  Commission has a hearing on May 15th, according to
19  Mr. Pocklington, on his matter.  So one option, Your Honor, if
20  the Court is inclined, ideally we'd like to continue this until          10:56
21  after the Arizona hearing just to see what the outcome is going
22  to be.
23             THE COURT:  That's the hearing in May?
24             MR. RAPHAEL:  May 15th.
25             MR. ROMNEY:  Your Honor, just to be correct, it's             10:56

1  mid-May.  I don't know the exact date.  I think it's May 15th.
2  It's mid-May.
3              THE COURT:  All right.  So you want to continue it to
4  sometime after the middle of May?
5              MR. ROMNEY:  That's correct, Your Honor.  I think the                10:57
6  concern everyone has is, and it's obvious from the probation
7  officer's -- the language she used in her petition, the
8  gravamen, it seems to me, is what's happening in Arizona, and
9  Arizona authorities are looking into that as we speak.  There
10 should be a very significant hearing in May that hopefully will                  10:57
11 resolve that whole thing and that hopefully then will resolve
12 what we're doing here.
13             THE COURT:  All right.  If the parties are in
14 agreement, I will grant the request for a continuance and order
15 that Mr. Pocklington appear for a hearing on the petition.                       10:57
16 Let's say May -- how about May 20th?
17             MR. ROMNEY:  That's fine.
18             THE COURT:  Is that a problem?
19             MR. RAPHAEL:  That's fine, Your Honor.  My only
20 concern whether -- I'm not sure whether the Commission in                        10:58
21 Arizona may take some time to issue some written order, Your
22 Honor, so I was suggesting perhaps maybe a week later.
23             THE COURT:  May 28th?
24             MR. RAPHAEL:  That would be fine.
25             THE COURT:  That's a Tuesday, but if I'm in trial we                 10:58

```
 1   may have to -- let's make it at 4:00 on May 28th.  Tuesday,
 2   May 28th.  So you're ordered to appear here on Tuesday,
 3   May 28th, Mr. Pocklington, at 4 p.m.
 4              DEFENDANT POCKLINGTON:  Yes, Your Honor.
 5              MR. ROMNEY:  Thank you.                              10:58
 6              THE COURT:  Allo right.  Thank you very much.
 7              MR. ROMNEY:  Your Honor, may I address two very brief
 8   issues?
 9              THE COURT:  Certainly.
10              MR. ROMNEY:  I've discussed this with the United     10:58
11   States attorney and with the probation officer.  If there is
12   any -- there is a term and condition of probation, obviously,
13   that Mr. Pocklington have the approval of the probation officer
14   to travel and, unfortunately, there was a hearing recently
15   where for whatever reason the approval to travel to Arizona was 10:59
16   -- didn't get to Mr. Pocklington in time, and so he was -- he
17   had to forfeit or did not appear for an Arizona Corporations
18   Commission hearing.
19              THE COURT:  All right.
20              MR. ROMNEY:  Which could have perhaps expedited      10:59
21   things over there.  May I make two requests?  One, if there is
22   any hearing over there or request by his counsel over there to
23   meet with the authorities over there, if Mr. Pocklington
24   provides adequate notice to the probation officer, that those
25   requests be granted.  I believe the probation officer has       10:59
```

| | | |
|---|---|---|
| 1 | already indicated that she would always do something like that. | |
| 2 | And the other would be, the companies that | |
| 3 | Mr. Pocklington is involved with and that he's the managing | |
| 4 | member of are located in Quartzite, which is about 20 miles | |
| 5 | across the border into Arizona, and for him to function and for | 11:00 |
| 6 | those companies to function he has to be able to travel across | |
| 7 | the border to Quartzite as often as possible to conduct | |
| 8 | business. My request would be that while we are awaiting | |
| 9 | what's happening over in Arizona that Mr. Pocklington be given | |
| 10 | permission to travel to Quartzite for business purposes | 11:00 |
| 11 | anywhere from one to four times a month be it for two or three | |
| 12 | days each time or with the approval of the probation officer. | |
| 13 | Otherwise, Mr. Pocklington is in a position where he can't keep | |
| 14 | these businesses functioning because he can't get into Arizona, | |
| 15 | 20 miles into Arizona to handle that. | 11:01 |
| 16 | Now, the probation officer has expressed some | |
| 17 | concern, based upon what she placed in her petition, but until | |
| 18 | those obligations are established I think it would be fair and | |
| 19 | appropriate to allow Mr. Pocklington to at least travel to | |
| 20 | Arizona, to Quartzite, to at least manage these corporations | 11:01 |
| 21 | that involve several, 10, 12 employees and a lot of activity | |
| 22 | over there. | |
| 23 | THE COURT: All right. Well, as to the first | |
| 24 | request, I guess as things stand now he's not allowed to travel | |
| 25 | outside the District. I think it would be acceptable for that | 11:01 |

 1   to be modified so that he could travel outside the District for
 2   the purpose of attending hearings conducted by the Arizona
 3   Department of Corporations as long as he gives notice in
 4   advance to the probation office.  So I'll make that -- order
 5   that modification.                                                          11:02
 6              But as to travel, I wouldn't give just an open
 7   permission to travel to Arizona to conduct business.  If he
 8   needs to travel for a specific purpose on a specific date and
 9   he gives at least 48 hours notice to probation of a specific
10   need to travel and gets permission from probation with his                  11:02
11   travel itinerary, I'd consider that.
12              Mr. Raphael.
13              MR. RAPHAEL:  Your Honor, with respect to the first
14   one, that's fine.  I think reasonable notice and perhaps I
15   think the probation officer suggested even some kind of proof               11:03
16   that there is in fact a hearing before the Arizona Commission,
17   but I'll let her, essentially, work that out.
18              With regard to just simply travel for business, Your
19   Honor, I mean that's where the Government and the probation
20   officer have concerns.  Certainly with regard to the                        11:03
21   allegations made by the Arizona Corporations Commission are
22   allegations of fraud with regard to securities.  There's been
23   information out there that perhaps that's what's going on.
24   That investigation is ongoing.  So the probation officer has
25   legitimate concerns and the Government agrees with that.  There             11:03

1  is no reason -- it's a mining operation allegedly.  There is no
2  reason why Mr. Pocklington needs to be there personally as
3  opposed to being able to communicate via Internet, via phone,
4  with the operation.  So that gives the Government and the
5  probation officer some concerns there.                              11:03
6         THE COURT:  Well, you object to -- my intention was
7  to say that he would have to apply to probation for specific
8  permission to travel on a specific date with a travel itinerary
9  and it's up to probation to permit it or not.  If you don't
10 permit it, you don't permit it.  But if you can show that         11:04
11 there's like a shareholders' meeting or something specific that
12 appears to require a business reason for his attendance then
13 probation should consider it.  That would be my -- that's my
14 intent at this time.
15        MR. RAPHAEL:  Your Honor, the other thing is the            11:04
16 probation officer will probably need more than 48-hour notice.
17        THE COURT:  What do you need, 72?
18        MS. ROSS:  My schedule just -- I'm not often in the
19 office two or three days at a time.  So he's pretty good about
20 giving me ample notice, but I would ask that as soon as he        11:05
21 knows something is coming up to give me the notification.
22        THE COURT:  Well, I guess what it comes down to is
23 the more notice he gives you the more likely you're going to be
24 able to --
25        MS. ROSS:  Absolutely.                                      11:05

```
 1              THE COURT:  If he gives you 24-hour notice you may
 2   not get back to him in time.
 3              MS. ROSS:  Absolutely.
 4              THE COURT:  So upon ample notice.
 5              MR. RAPHAEL:  At least 72 hours.                         11:05
 6              THE COURT:  At least 72 hours.
 7              All right.  Mr. Romney.
 8              MR. ROMNEY:  Thank you, Your Honor.  We appreciate
 9   the Court and the probation officer and the U.S. attorney
10   considering our request.                                           11:05
11              There is no cease and desist order.  There are no
12   temporary orders or emergency orders telling Mr. Pocklington to
13   cease business over there because of some type of untoward
14   activity, and that's a concern I have because those folks know
15   what's going on in Arizona, and I realize --                       11:05
16              THE COURT:  When you say *those folks,* do you mean the
17   Arizona regulatory authorities?
18              MR. ROMNEY:  Correct. And the FBI has been involved
19   over there working with them.  And this has been an ongoing
20   issue for several months, if not year and a half, almost two       11:06
21   years.
22              This Court will recall that back in May of this past
23   year we made a request of the Court to allow Mr. Pocklington to
24   travel to Europe for eye surgery.  The probation officer
25   declined to grant permission.  The Court denied our request,       11:06
```

| | | |
|---|---|---|
| 1 | overruled that decision, but the basis for the probation | |
| 2 | officer's refusal to authorize that travel was because of the | |
| 3 | ongoing civil administrative investigation.  So these | |
| 4 | investigations or this investigation has been ongoing for | |
| 5 | several months if not well over a year.  No cease and desist | 11:06 |
| 6 | orders, even temporary ones, have been issued, and that's the | |
| 7 | reason I'm asking the Court. | |
| 8 |       Because I think the probation officer is going to be | |
| 9 | understandably conservative as to whether she wants to let | |
| 10 | Mr. Pocklington go over to Arizona to conduct the mining | 11:07 |
| 11 | operation, the business operation there, and I would just ask | |
| 12 | the Court to, maybe using precatory language, to share with the | |
| 13 | probation officer that if Mr. Pocklington has any conceivably, | |
| 14 | reasonably justifiable reason for needing to travel there that | |
| 15 | she seriously consider that and approve it.  Again, it's | 11:07 |
| 16 | precatory language, but it's non binding, but at least it gives | |
| 17 | everyone here an idea what the Court's feelings would be if we | |
| 18 | kept coming back into court asking the Court for permission. | |
| 19 | Thank you. | |
| 20 |       THE COURT:  All right.  I think we've resolved the | 11:07 |
| 21 | first issue as to travel for the purpose of attending any | |
| 22 | hearing conducted by the Arizona Department of Corporations or | |
| 23 | other law enforcement or regulatory agency.  But | |
| 24 | Mr. Pocklington is to provide proof that such a hearing is | |
| 25 | being conducted and his presence is, if not required, then at | 11:08 |

```
 1  least appropriate.
 2            As to the second issue, he is not to leave the
 3  District without permission of probation.  He may request it at
 4  least 72 hours in advance with specification in detail of the
 5  reason for his -- the business reason or the business necessity    11:08
 6  and probation shall review that, but he's not to leave the
 7  District without prior permission from probation.  All right.
 8            MR. ROMNEY:  Thank you, Your Honor.
 9            THE COURT:  Thank you.
10            MR. RAPHAEL:  Thank you, Your Honor.                     11:08
11                       (Proceedings concluded)
12                              -o0o-
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                       C E R T I F I C A T E

 2

 3                    DOCKET NO. EDCR 09-43 VAP

 4
                I hereby certify that pursuant to Section 753,
 5    Title 28, United States Code, the foregoing is a true and
      accurate transcript of the stenographically reported
 6    proceedings held in the above-entitled matter and that the
      transcript page format is in conformance with the regulations
 7    of the Judicial Conference of the United States.

 8

 9

10

11     /S/ Phyllis A. Preston       DATED:  March 22, 2013

12    Federal Official Court Reporter

13    License No. 8701
```