| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|
| TRANSCRIPT DESIGNATION AND ORDERING FORM | | | |
| 1. NAME Joe Widman | 2. PHONE NUMBER (213) 894-6283 | 3. DATE 11/7/2013 | |
| 4. FIRM NAME: U.S. Attorney's Office, CDCA | 5. E-MAIL ADDRESS: nicole.piccolini@usdoj.gov | | |
| 6. MAILING ADDRESS 312 N. Spring Street, Suite 1702 | 7. CITY Los Angeles | 8. STATE CA | 9. ZIP CODE 90012 |
| 10. CASE NUMBER EDCR 09-43 VA | 11. CASE NAME U.S. v. Pocklington | 12. JUDGE VAP | |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR ☐ APPEAL ☑ NON-APPEAL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☑ AUSA ☐ FPD ☐ OTHER | | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 10/31/2012 | Phyllis Preston (Gunther) | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): #80-Minutes of Hearing on the M |
| 9/16/2013 | Phyllis Preston (Gunther) | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): #100- Minutes of Violation of Sup |
| 9/20/2013 | Phyllis Preston (Gunther) | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): #102 Minutes of Sentencing on V |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☑ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month: Nov   Day: 07   Year: 2013
Transcript payment arrangements were made with: Phyllis Preston (Gunt  Phyllis Preston (Gun
NAME OF OFFICIAL: Phyllis Preston (Gunt
Payment of estimated transcript fees were sent on the following date:
Month: Nov   Day: 07   Year: 2013

17. DATE: 11/7/2013

18. SIGNATURE: /s/ Nicole Piccolini

G-120 (09/12)