# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | ED CR 09-00043VAP | Date | November 8, 2013 |
|---|---|---|---|

| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Marva Dillard | Phyllis Preston | Joseph Widman, appearing for Antoine Raphael |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| PETER HUGH POCKLINGTON | X | | Cite | Becky Walker James | X | | X |

**Proceedings:** NON-PARTIES, THE AGELESS FOUNDATION, INC., AND NAOMI BALCOMBE'S MOTION FOR LEAVE TO INTERVENE, AND UNSEAL DOCUMENTS (ECF 111);

DEFENDANT PETER HUGH POCKLINTON'S EX PARTE APPLICATION FOR BOND PENDING APPEAL (ECF 123)

Intervener counsel, Kirk S. Comer is present.

Non-Parties' motion for leave to intervene is granted.

Non-Parties' motion to unseal documents is granted as stated on the record.

The Court addresses Defendant Peter Hugh Pocklington's ex parte application for bond pending appeal. There being no opposition, the Court indicates it will grant the motion.

- : 15

Initials of Deputy Clerk   md

cc: