DAVID B. CASSELMAN (SBN 81657)
   dbc@casselmanlawgroup.com
KIRK S. COMER (SBN 240847)
   ksc@casselmanlawgroup.com
**CASSELMAN LAW GROUP**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 609-2323
Facsimile: (818) 705-8147

Attorneys for Non-Parties The Ageless
Foundation, Inc. and Naomi Balcombe

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PETER HUGH POCKLINGTON,<br><br>　　　　　Defendant. | CASE NO. ED-09-43-VAP<br><br>[Assigned to the Honorable Virginia A. Phillips]<br><br>**EVIDENTIARY OBJECTIONS OF NON-PARTY JUDGMENT CREDITORS TO DECLARATION OF EVA POCKLINGTON**<br><br>Date: March 9, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 2 |

　　　Non-Party judgment creditors The Ageless Foundation, Inc. and Naomi Balcombe (collectively, "Balcombe") hereby object and move to strike portions of the Declaration filed by Eva Pocklington in support of the Opposition of Defendant Peter Pocklington to the Motion to Levy on Bail Deposit.

　　　Balcombe hereby requests that the Court make rulings on the following evidentiary objections:

1076844.1

1

EVIDENTIARY OBJECTIONS OF NON-PARTY JUDGMENT CREDITORS
TO DECLARATION OF EVA POCKLINGTON

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING: |
|---|---|---|
| 1. "DTR Holdings, LLC, from its formation until today, contains only assets which had been my separate property." Eva Pocklington Decl., ¶4, page 1, lns. 23-24. | Lacks foundation, legal conclusion. The declarant fails to explain what the assets were that were transferred to DTR Holdings, LLC in order to show they are legally her separate property. Simply stating the assets are "my separate property" is a legal conclusion without any foundation to back up that assertion. | ____ Sustained<br><br>____ Overruled |
| 2. "Peter and I were married in Canada which is a separate property jurisdiction." Eva Pocklington Decl., ¶4, page 1, lns. 24-25. | Lacks foundation, legal conclusion. The declarant fails to set forth which province in Canada they were married in. Simply stating that the province where they were married is a separate property jurisdiction is a legal conclusion. | ____ Sustained<br><br>____ Overruled |
| 3. "While DTR Holdings, LLC's money was used to purchase the $100,000 cashier's check to put up Peter's bail deposit, I did not gift or otherwise give this money to Peter." Eva Pocklington Decl., ¶6, page 2, lns. 9-11. | Lacks foundation, lacks personal knowledge, irrelevant. The declarant states in Paragraph 3 that she transferred ownership of DTR Holdings, LLC to a Delaware Trustee. However, the declarant fails to explain who the Trustee is and who authorized the trust to purchase the cashier's check to be used for bail. Since the declarant fails to explain who (with authority) made the decision to use trust assets to purchase the cashier's check to be used for bail money, she cannot testify whether DTR Holdings, LLC intended the | ____ Sustained<br><br>____ Overruled |

1076844.1

2

EVIDENTIARY OBJECTIONS OF NON-PARTY JUDGMENT CREDITORS
TO DECLARATION OF EVA POCKLINGTON

CASSELMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING: |
|---|---|---|
| | money as a gift. As such, her opinion lacks foundation and is irrelevant. | |
| 4. "It was and remains my expectation that upon exoneration of the bail monies, the money to be released from the Court Treasury will be returned to DTR Holdings, LLC." Eva Pocklington Decl., ¶6, page 2, lns. 11-13. | Lacks foundation, lacks personal knowledge, irrelevant. The expectation of declarant is irrelevant given the additional facts set forth in the declaration. The declarant fails to state that she personally authorized the transaction. Moreover, the declarant fails to state how her expectations could matter, since the transaction was allegedly authorized by an unnamed Trustee. Clearly, if it was approved, it would improperly allow him personal use of a corporate asset…or it was a gift. | ____ Sustained<br><br>____ Overruled |

DATED: March 3, 2015

CASSELMAN LAW GROUP

By: /s/ Kirk S. Comer
KIRK S. COMER
Attorneys for Non-Parties The Ageless Foundation, Inc. and Naomi Balcombe

CASSELMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

1076844.1

3

EVIDENTIARY OBJECTIONS OF NON-PARTY JUDGMENT CREDITORS
TO DECLARATION OF EVA POCKLINGTON

## CERTIFICATION OF SERVICE

I hereby certify that on March 3, 2015 I electronically filed a document entitled: **EVIDENTIARY OBJECTIONS OF NON-PARTY JUDGMENT CREDITORS TO DECLARATION OF EVA POCKLINGTON** with the Clerk of the Court using the CM/ECF system.

Respectfully Submitted,
/s/Kirk S. Comer
Kirk S. Comer