JAMES & STEWART LLP
BECKY S. JAMES (Bar No. CA 151419)
JESSICA W. ROSEN (Bar No. CA 294923
17383 Sunset Boulevard, Suite A315
Pacific Palisades, CA 90272
Tel: (310) 492-5104
Fax: (310) 492-5026
Email:  bjames@jamesstewartlaw.com

Attorney for *Defendant*
**PETER HUGH POCKLINGTON**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. EDCR-09-43-VAP |
| Plaintiff, | ) | NOTICE OF DECISION |
| | ) | |
| v. | ) | |
| | ) | |
| PETER HUGH POCKLINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

**TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS**

**OF RECORD: PLEASE TAKE NOTICE THAT,** the Ninth Circuit issued its

opinion in *United States v. Pocklington*, Case No. 13-50461.  Attached to this notice

is a copy of that opinion.

Dated:  July 7, 2015                    JAMES & STEWART LLP

                                        By:    _s/ Becky S. James_____
                                               BECKY S. JAMES