DAVID B. CASSELMAN (SBN 81657)
dbc@casselmanlawgroup.com
KIRK S. COMER (SBN 240847)
ksc@casselmanlawgroup.com
**CASSELMAN LAW GROUP**
5567 Reseda Boulevard, Suite 330
Tarzana, California 91356
Telephone:  (818) 609-2323
Facsimile:   (818) 345-0162

Attorneys for Non-Parties The Ageless Foundation, Inc. and Naomi Balcombe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>PETER HUGH POCKLINGTON,<br><br>  Defendant. | CASE NO. ED-09-43-VAP<br><br>[Assigned to the Honorable Virginia A. Phillips]<br><br>**RESPONSE OF NON-PARTY JUDGMENT CREDITORS TO NOTICE OF DECISION FILED BY DEFENDANT PETER HUGH POCKLINGTON** |

In light of the Minute Order of this Court dated March 3, 2015 (Document No. 155, attached hereto as Exhibit "A") and the Notice of Decision filed by Defendant Peter Pocklington (Document No. 159), Non-Parties the Ageless Foundation and Naomi Balcombe (collectively, "*Balcombe*") request that the Motion of Non-Party Judgment Creditors to Levy on Bail Deposit Posted by Defendant and Judgment Debtor Peter Pocklington (Document No. 143) be put back on calendar for oral argument.

Currently, the bail funds are still being held.  Balcombe believes there is no justification for withholding them any longer.

DATED: August 6, 2015          **CASSELMAN LAW GROUP**


By: /s/ *Kirk S. Comer*
       KIRK S. COMER
Attorneys for Non-Parties The Ageless
Foundation, Inc. and Naomi Balcombe

**CERTIFICATION OF SERVICE**

I hereby certify that on August 6, 2015 I electronically filed a document entitled: **RESPONSE OF NON-PARTY JUDGMENT CREDITORS TO NOTICE OF DECISION FILED BY DEFENDANT PETER HUGH POCKLINGTON** with the Clerk of the Court using the CM/ECF system.

Respectfully Submitted,
*/s/Kirk S. Comer*
Kirk S. Comer