UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    ED CR 09-00043VAP                                Date: August 13, 2015
================================================================
PRESENT: HONORABLE VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

================================================================
U.S.A. vs (Dfts listed below)           Attorneys for Defendants

1)   PETER HUGH POCKLINGTON           1)   BECKY S. WALKER JAMES
                                           Not Present
     Not Present

_____

PROCEEDINGS:  MINUTE ORDER DENYING NON-PARTIES' MOTION TO LEVY BAIL
              FUNDS (DOC. NO. 145) (IN CHAMBERS)

     On January 22, 2015, non-parties and judgment creditors The Ageless Foundation and Naomi Balcome (collectively, "Balcome") filed a Motion to Levy Bail Deposit of Defendant Peter Hugh Pocklington ("Motion" or Mot."). (Doc. No. 145.) As noted by Balcome in the Motion, the $100,000 in bail funds she wishes to levy were deposited with the Clerk pending Pocklington's appeal of this Court's findings that he violated the terms and conditions of his supervised release. (Mot. at 1.)

     On March 3, 2015, the Court deferred ruling on the Motion, in light of Pocklington's pending appeal. (Doc. No. 155.) On July 2, 2015, the Ninth Circuit issued its opinion in Pocklington's appeal, United States v. Pocklington, 2015 WL 4038740 (9th Cir. July 2, 2015).[1] (Doc. No. 158.) The Ninth Circuit found that this Court lacked jurisdiction "to

---

[1] The mandate was issued on August 10, 2015. (Doc. No. 162.)

CR-11 (09/98)                                               Initials of Deputy Clerk __md__
CRIMINAL MINUTES - GEN

extend Pocklington's probation beyond its October 26, 2012 expiration date," and vacated the order revoking his probation and sentencing him to six months in prison and two years of supervised release.  Pocklington, 2015 WL 4038740, at *5.

In light of the Ninth Circuit's ruling that this Court lacked jurisdiction to revoke Pocklington's supervised release, and because the $100,000 in bail funds Balcome seeks to levy were deposited in order to appeal that order, the Court hereby DENIES the Motion, and ORDERS that Pocklington's bond pending appeal is hereby exonerated.  (See Doc. No. 130.)

**IT IS SO ORDERED.**


cc: FISCAL